UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIZ EDUARDO CAMARA FERRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO MAYORKAS et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-02033-SB-MRW<br><br>ORDER TO SHOW CAUSE RE: SANCTIONS |

　　　　Plaintiff Luiz Eduardo Camara Ferro filed this mandamus action in the United States District Court for the Southern District of New York.  Dkt. No. 1.  On the parties' stipulation, the court transferred the action to this district on March 17, 2023.  Dkt. No. 34.  That same day, the Court issued a notice to Plaintiff's counsel, Brian Green, instructing him to complete a pro hac vice application or explain why he was not required to do so within five business days.  Dkt. No. 39.  The notice cautioned him:  "If within 5 business days of the date of this notice you have not filed a Pro Hac Vice application or returned this completed notice, as directed above, the judge to whom this case is assigned will be notified and may impose sanctions at that time.  You may also be removed as attorney of record from the docket."  *Id*.  The deadline has now passed, and the Court has not received the required submission from Plaintiff's counsel.  Accordingly, Plaintiff's counsel Brian Green is ORDERED to show cause at an in-person hearing on April 7, 2023 at 8:30 a.m. why he should not be sanctioned—including by removing him as attorney of record—for failing to obey the Court's order.  Fed. R. Civ. P. 16(f).  Counsel shall file a written response to this order to show cause by March 31, 2023.  IT IS SO ORDERED.

Date: March 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1